| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>02 CR 20031-06 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

2005 NOV -8  PM 12: 45

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Ben Allen Coulter<br>624 Cleveland St.<br>Wynne, AR 72396 | DISTRICT<br>Western District of Tennessee | DIVISION<br>Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Samuel H. Mays, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>6-10-05 | TO<br>6-09-08 |

OFFENSE

Conspiracy to Manufacture Methamphetamine   21: U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Western District of Tennessee (Memphis)

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the  Eastern District of Arkansas  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this  court.*

10/6/05
Date                                                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern District of Arkansas (Jonesboro)

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 31, 2005
Effective Date                                                                United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-14-05

257

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 257 in case 2:02-CR-20031 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT